GEORGE SAXTON, BY HIS FATHER AND NEXT FRIEND, HOMER P. SAXTON, JR., AND HOMER P. SAXTON, JR., AND DOROTHY M. SAXTON, IN THEIR OWN RIGHT, PLAINTIFFS, v. THE CITY OF OCEAN CITY, A MUNICIPAL CORPORATION, DEFENDANT.

Submitted October 15, 1936—Decided October 23, 1936.

Before Justices TRENCHARD, BODINE and HEHER.

For the defendant-applicant, *John E. Boswell* and *W. Holt Apgar*.

For the plaintiff-respondent, *Albert S. Woodruff* and *Bruce A. Wallace*.

PER CURIAM.

The defendant seeks to have the venue in a local action changed from Camden county, where the plaintiffs reside, to Cape May county, where the accident occurred.

The action is to recover for personal injuries sustained on the boardwalk at Ocean City. Many municipal officers and employes will be necessary witnesses. The plaintiffs will be obliged to establish their case by calling a number of medical witnesses resident in Camden. Since the cost and inconvenience to the public must be considered, there is more than a mere inconvenience in requiring the defendant to appear in this suit at Camden, the county seat of Camden county. *Keeley* v. *Belmar*, 97 *N. J. L.* 98; 116 *Atl. Rep.* 273; *Hesselbrock* v. *Burlington County*, 111 *N. J. L.* 177; 168 *Atl. Rep.* 45.

The venue should be changed to the county in which the cause of action arose. A rule to that effect may be entered.